# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-1886

_____

Susy Short Bear-Traversie

Plaintiff - Appellant

v.

Shawn Woster, US Gov Lower Brule BIA; Mr. Two Bulls, US Gov Lower Brule BIA; Mr. Wayne Labelle

Defendants - Appellees

------

Appeal from U.S. District Court for the District of South Dakota - Central
(3:24-cv-03005-CBK)

------

## JUDGMENT

Before LOKEN, SMITH, and STRAS, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a). The motions to subpoena witnesses and to accept statement as evidence are denied as moot.

June 06, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Maureen W. Gornik